165 So.2d 917

**James R. DAVIS**

v.

**STATE.**

**6 Div. 2.**

Court of Appeals of Alabama.

April 28, 1964.

Rehearing Denied May 26, 1964.

James R. Davis, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

PRICE, Presiding Judge.

Affirmed.

164 So.2d 511

**Wilmer Troy DIXON**

v.

**STATE.**

**1 Div. 955.**

Court of Appeals of Alabama.

April 7, 1964.

Rehearing Denied May 12, 1964.

Thos. M. Haas, Mobile, for appellant.

Richmond M. Flowers, Atty. Gen., for the State.

CATES, Judge.

Affirmed on authority of Dixon v. State, ante p. 341, 164 So.2d 509.

173 So.2d 828

**Donald DUNCOMBE**

v.

**STATE.**

**7 Div. 722.**

Court of Appeals of Alabama.

April 7, 1964.

Rehearing Denied April 29, 1964.

After Remandment March 30, 1965.

Arthur D. Shores, Birmingham, for appellant.

Richmond M. Flowers, Atty. Gen., and Winston Huddleston, Sp. Asst. Atty. Gen., for the State.

PRICE, Presiding Judge:

Reversed and remanded on authority of Johnson v. State, ante p. 611, 173 So.2d 817.

After Remandment

PER CURIAM.

Affirmed on authority of Gerald Johnson v. State, 7 Div. 720 (Ms.), this day decided.

Affirmed.

PRICE, P. J., not sitting.